# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STATE OF WISCONSIN LOCAL GOVERNMENT PROPERTY INSURANCE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:15-cv-00142-JPS ) |
| LEXINGTON INSURANCE COMPANY, ET AL, | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that, Lexington Insurance Company in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the April 17, 2015 Order of the District Court (ECF #27) denying Lexington Insurance Company's Motion to Compel Arbitration and to Stay the Judicial Proceedings Until Arbitration is Completed (ECF #12). Jurisdiction for this appeal is conferred upon the United States Court of Appeals for the Seventh Circuit pursuant to Section 16 of the Federal Arbitration Act, which grants Lexington a right to immediate appeal of any order denying an application to compel arbitration, denying a petition to order arbitration to proceed, or refusing a stay of any action until the completion of arbitration. 9 U.S.C. §16(a)(1).

Respectfully submitted,

LEXINGTON INSURANCE COMPANY

By:  s/Peter E. Kanaris
     One of Its Attorneys

Peter E. Kanaris

David E. Heiss
Jefferson D. Patten
FISHER KANARIS, P.C.
One South Wacker Drive, Suite 3100
Chicago, Illinois 60606
312.474.1400
312.474.1410 (fax)
pkanaris@fisherkanaris.com
dheiss@fisherkanaris.com
jpatten@fisherkanaris.com

Monte E. Weiss
WEISS LAW OFFICE, S.C.
1017 W. Glen Oaks Lane, Suite 207
Mequon, Wisconsin 53092
262.240.9663
262.240.9664 (fax)
mweiss@mweisslaw.net
Attorneys for Lexington Insurance Company