UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| STATE OF WISCONSIN LOCAL ) | |
| GOVERNMENT PROPERTY ) | |
| INSURANCE FUND, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:15-cv-00142-JPS |
| ) | |
| LEXINGTON INSURANCE COMPANY, ) | |
| ET Al. ) | |
| ) | |
| Defendants. ) | |

---

### STATE OF WISCONSIN LOCAL GOVERNMENT PROPERTY INSURANCE FUND'S NOTICE OF MOTION AND MOTION TO COMPEL

**NOW COMES** the State of Wisconsin Local Government Property Insurance Fund ("Fund") by and through its counsel, Borgelt, Powell, Peterson & Frauen, S.C., and pursuant to Federal Rule of Civil Procedure 37, respectfully moves this Court for an order compelling the Defendant, Lexington Insurance Company ("Lexington") to respond to the Fund's First Set of Written Interrogatories and Requests for Production of Documents, served on February 2, 2017. As is set forth in the accompanying Brief and Affidavit, Lexington has failed to respond to numerous interrogatories and requests for production, without any basis or justification.

Counsel for the Fund made a good faith effort to resolve this discovery dispute with Lexington's counsel. However, the parties have been unable to resolve their dispute, and therefore, the Fund brings this Motion for good cause.

**WHEREFORE**, the Fund respectfully requests this Court enter and Order compelling Lexington to respond to Interrogatories 4, 5, 7, 10, 12, 13, and 17 and Requests for Production 6, 7, 8, 10, and 12, previously served to Lexington on February 2, 2017.

Dated at Milwaukee, Wisconsin this 29th day of August, 2017.

By: ____s/ Barbara A. O'Brien_____
Patryk Silver (Wis. Bar State No. 1036738
Robert C. Burrell (Wis. State ar No. 1014530)
Barbara A. O'Brien (Wis. State Bar No. 1018341)
Frederick J. Strampe (Wis. State Bar No. 1029795
*Attorneys for Plaintiff, State of Wisconsin Local Government Property Insurance Fund*
Borgelt, Powell, Peterson & Frauen, S.C.
1243 North 10th Street, Suite 300
Milwaukee, WI 53205
Telephone: (414) 276-3600
Fax: (414) 276-0172
Email: rburrell@borgelt.com
bobrien@borgelt.com
psilver@borgelt.com
fstrampe@borgelt.com