# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STATE OF WISCONSIN LOCAL GOVERNMENT PROPERTY INSURANCE FUND,<br><br>          Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and THE CINCINNATI INSURANCE COMPANY,<br><br>          Defendants. | Case No. 15-CV-142-JPS<br><br><br>**ORDER** |

On December 29, 2017, the parties filed joint stipulations of dismissal of this action as between Plaintiff and each of the Defendants. (Docket #212 and #213). Both stipulations provide that this action should be dismissed with prejudice and without costs or fees assessed to any party. *Id.* The Court will adopt the stipulations. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulations of dismissal (Docket #212 and #213) be and the same are hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 29th day of December, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge